United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 15, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

——————————

No. 05-11296
Summary Calendar

——————————

GEORGE WEBBER,

Petitioner-Appellant,

versus

COLE JETER, Warden, Federal Medical Center, Fort Worth,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:05-CV-594
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:*

George Webber, federal prisoner # 14047-045, appeals the dismissal of his 28 U.S.C. § 2241 petition, in which he challenged his sentence of 192 months of imprisonment for his 2002 conviction for distribution of cocaine base. Webber contends that his sentence is unconstitutional in light of United States v. Booker, 543 U.S. 220 (2005), and Blakely v. Washington, 542 U.S. 296 (2004), because it was based on facts that were not set forth in his indictment or proven beyond a reasonable doubt.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Webber's claims based on alleged errors that occurred at sentencing may not be asserted in this § 2241 petition because they fail to satisfy the requirements of the savings clause in 28 U.S.C. § 2255.  The district court properly dismissed Webber's § 2241 petition for lack of jurisdiction.  See Padilla v. United States, 416 F.3d 424, 426-27 (5th Cir. 2005).

AFFIRMED.